# AFFIDAVIT OF SERVICE

STATE OF NEW YORK                                                    Index # 1:22-cv-04406

UNITED STATES DISTRICT COURT                          SOUTHERN DISTRICT OF NEW YORK

| FAMILY FIRST FUNDING LLC, |
|---|
| Plaintiff |
| Against |
| SPROUT MORTGAGE ASSET TRUST, |
| Defendant |

STATE OF NEW YORK
County of ALBANY

**Robert Wells**, being duly sworn, deposes and says that he/she is over the age of eighteen (18) years; that on **6/17/2022** at the office of the Secretary of State, of the State of New York in the City of Albany, New York he/she served the **Summons & Complaint with Civil Cover Sheet** annexed on **SPROUT MORTGAGE ASSET TRUST**

Defendant in this action, by delivering to and leaving with **Nancy Dougherty** an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State, of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars. That said service was made pursuant to **Section 307**, Business Corporation Law.

A copy of the Summons & Complaint with Civil Cover Sheet in this action is being sent to you by registered mail return receipt requested #RR696381123US.

Deponent further says that he/she knew the person so served as aforesaid to be **Nancy Dougherty** an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex: Female  Skin Color: White  Hair Color: Brown  Age (approx): 60  Height (approx): 5'1  Weight (approx): 115

Other Identifying Features: Glasses

_____
Robert Wells

Sworn to before me, this

6/17/2022

_____
Rosemary Lanni
Notary Public State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2025