UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAMILY FIRST FUNDING LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>SPROUT MORTGAGE ASSET TRUST,<br><br>                      Defendant. | Case No. 1:22-cv-4406-GHW<br><br>NOTICE OF APPEARANCE OF COUNSEL |

To: The Clerk of the Court and all parties of record

      PLEASE TAKE NOTICE, that Forchelli Deegan Terrana LLP hereby appears in this action for defendant SPROUT MORTGAGE ASSET TRUST, and demands that a copy of all papers in this action be served upon the undersigned at the office and email address stated below.

Dated:  July 18, 2022
         Uniondale, New York

                                          Respectfully submitted,

                                          FORCHELLI DEEGAN TERRANA LLP

                                          By: _____/s/_____
                                          Nathan R. Jones, Esq.
                                          *Attorneys for Defendant*
                                          333 Earle Ovington Blvd., Suite 1010
                                          Uniondale, NY 11553
                                          Phone: (516) 248-1700
                                          Fax: (516) 750-6415
                                          E-Mail: njones@forchellilaw.com