

Daniel I. Goldberg<br>
347-589-8542<br>
digoldberg@offitkurman.com

October 12, 2022

<u>**VIA ECF and E-mail**</u>

woodsnysdchambers@nysd.uscourts.gov
Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>Family First Funding LLC v. Sprout Mortgage Asset Trust</u>
      <u>Case No. 1:22-cv-4406-GHW</u>

Dear Judge Woods:

  This firm represents Plaintiff Family First Funding LLC ("FFF") in connection with the above-referend matter. I am writing this letter on behalf of Plaintiff and Defendant Sprout Mortgage Asset Trust ("Sprout"). We are scheduled for an initial pre-trial conference in this matter on October 17, 2022. Per the Court's Order, the parties were directed to file a joint letter and proposed Case Management Plan and Scheduling Order. Defendant Sprout has not yet answered. We initially extended Sprout's time to answer to September 24th, during which period of time the parties discussed settlement and ultimately worked out the framework for a resolution to this case. We further informally extended Sprout's time to respond to the Complaint to October 17th. Sprout has since forwarded to me settlement documents which I revised. There is one issue that remains and through which the parties are working. We are hopeful that we will have that one issue resolved and the settlement agreement fully documented before the initial conference scheduled for October 17th. In light of the fact that Defendant Sprout has not yet responded to the Complaint, it is impossible to prepare and file a Civil Case Management Plan and Scheduling Order. The parties suggest that we use the Monday, October 17th initial conference to update the Court on the parties' settlement efforts and hopefully report to the Court that the matter has, in fact, been settled.

                  Respectfully submitted,

                  Daniel I. Goldberg