

Daniel I. Goldberg
347-589-8542
digoldberg@offitkurman.com

February 16, 2023

**VIA ECF**
woodsnysdchambers@nysd.uscourts.gov
Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Family First Funding LLC v. Sprout Mortgage Asset Trust</u>
              Case No. 1:22-cv-4406-GHW

Dear Judge Woods:

    This firm represents Plaintiff Family First Funding LLC ("FFF") in connection with the above-referend matter. I am writing to advise that the parties have settled this matter by agreement that includes the entry of a Consent Judgment. (A copy of the proposed Consent Judgment is attached hereto). I am attaching a Consent Judgment signed by both parties for the Court's review and entry. The proposed Consent Judgment does not provide for this Court to retain jurisdiction over this litigation, but obviously the Court will retain jurisdiction over the judgment, itself, for enforcement and other related purposes. Should your Honor have any questions regarding this matter, we will make ourselves available at the Court's convenience.

                                           Respectfully submitted,

                                           Daniel I. Goldberg

590 Madison Ave. | 6th Floor | New York, NY 10022 | 212.545.1900
offitkurman.com