```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
    FAMILY FIRST FUNDING LLC,                                        :
                                                                     :
                                        Plaintiff,                   :   1:22-cv-4406-GHW
                                                                     :
                          -against-                                  :          ORDER
                                                                     :
    SPROUT MORTGAGE ASSET TRUST,                                     :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2023

GREGORY H. WOODS, District Judge:

The Court will hold a teleconference regarding the parties' February 16, 2023 Proposed Judgment on February 21, 2023 at 3:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: February 17, 2023  
New York, New York

_____
GREGORY H. WOODS
United States District Judge