

Daniel I. Goldberg<br>
347-589-8542<br>
digoldberg@offitkurman.com

May 1, 2023

**VIA ECF**
woodsnysdchambers@nysd.uscourts.gov
Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>Family First Funding LLC v. Sprout Mortgage Asset Trust</u>
     Case No. 1:22-cv-4406-GHW

Dear Judge Woods:

  This firm represents Plaintiff Family First Funding LLC ("FFF") in connection with the above-referend matter. I am writing to advise that the parties have settled this matter by agreement that includes an offer of judgment. Defendant Sprout Mortgage Asset Trust served an offer of judgment, and Plaintiff FFF served and filed on the Court's Docket notice of its acceptance of the offer – all pursuant to Rule 68(a) of the Federal Rules of Civil Procedure. We are now awaiting the Court's entry of the Judgment. Should your Honor have any questions regarding this matter, we will make ourselves available at the Court's convenience.

            Respectfully submitted,

            Daniel I. Goldberg