USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMILY FIRST FUNDING LLC,

    Plaintiff,

vs.

SPROUT MORTGAGE ASSET TRUST,

    Defendant.

Case No. 1:22-cv-4406-GHW

## JUDGMENT

This action having been commenced on May 27, 2022, and defendant Sprout Mortgage Asset Trust, having appeared and having offered by notice in writing served on plaintiff to permit judgment against it for $475,000.00, without costs, and plaintiff having accepted defendant's offer by notice in writing served on defendant within 14 days; and the offer and notice of acceptance together with proof of service having been filed;

IT IS ADJUDGED that plaintiff Family First Funding LLC recover from defendant Sprout Mortgage Asset Trust the sum of $475,000.00, without costs.

The Clerk of Court is directed to enter judgment in favor of Plaintiff as set forth above and to close this case.

**DATED: May 3, 2023**

_____
**Hon. Gregory H. Woods**
**United States District Judge**